UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ASSOCIATION OF NON-PUBLIC )
SCHOOLS, *et al.*, )
     Plaintiffs, )
              )  No. 1:20-cv-1174
-v- )
              )  Honorable Paul L. Maloney
ROBERT GORDON, )
     Defendant. )
              )

## ORDER

  This matter is before the Court on Plaintiffs' motion for a temporary restraining order (ECF No. 6). The Court hereby orders Defendants to respond to the motion no later than **Thursday, December 10, 2020 at 5:00 p.m.** The Court will hold a hearing on the motion on **Monday, December 14, 2020 at 1:00 p.m.**, 174 Federal Building, 410 W. Michigan Ave., Kalamazoo, Michigan.

  **IT IS SO ORDERED.**

Date:  December 8, 2020                   /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge