UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ASSOCIATION OF
NON−PUBLIC SCHOOLS, et al.,

       Plaintiffs,                      Case No. 1:20−cv−1174

v.                                     Hon. Paul L. Maloney

ROBERT GORDON,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Preliminary Injunction (ECF No. 6) |
| Date/Time: | December 14, 2020   01:00 PM |
| District Judge: | Paul L. Maloney |
| Place/Location: | by video |

*Counsel of record may appear via video. Link information will be sent to counsel in advance of the hearing.*

                                              PAUL L. MALONEY
                                              United States District Judge

Dated:   December 11, 2020       By:   /s/ Amy C. Redmond
                                                    Case Manager