UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN ASSOCIATION OF NON-PUBLIC SCHOOLS, | Case No. 20-cv-01174 |
| EVEREST COLLEGIATE HIGH SCHOOL AND ACADEMY, | Hon. Paul L. Maloney |
| FATHER GABRIEL RICHARD HIGH SCHOOL, | |
| LANSING CATHOLIC HIGH SCHOOL, | |
| CHRISTOPHER ABOOD, DONALD ENGLE, JENNIFER ENGLE, THERESA GRUBER, JAMES NORMAN, DAWN NORMAN, RICHARD POLJAN, WILLIAM ROSS, DEBORAH ROSS, ROBERT SCHWARTZ, and MICHELLE SCHWARTZ, on behalf of themselves and their minor children, | |
|     Plaintiffs, | |
| v. | |
| ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services, | |
|     Defendant. | |
| _____/ | |

**INDEX OF EXHIBITS**

Exhibit A        Affidavit of Dr. Arnold Markowitz