UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Michigan Association of Non-Public Schools et al v. Gordon

**Case Number:**  1:20-cv-1174
**Date:**  December 14, 2020
**Time:**  1:06 p.m. - 2:11 p.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

    Plaintiffs:  Thomas J. Rheaume , Jr. and Gordon James Kangas

    Defendant:  Neil Anthony Giovanatti and Daniel John Ping

**PROCEEDINGS**

    Nature of Hearing:  Hearing on Plaintiffs' motion for temporary restraining order and preliminary injunction (ECF No. 6); motion taken under advisement, opinion and order to issue

Court Reporter: Kathleen Thomas        Case Manager: Amy Redmond