UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN ASSOCIATION OF NON-PUBLIC SCHOOLS, *et al.*,<br>             Plaintiffs,<br><br>-v-<br><br>ROBERT GORDON,<br>             Defendant. | No. 1:20-cv-1174<br><br>Honorable Paul L. Maloney |

## ORDER

This matter is before the Court on Plaintiffs' motion for a preliminary injunction (ECF No. 6). Plaintiffs sought to enjoin Defendant Director of Michigan Department of Health and Human Services Robert Gordon from enforcing a December 7, 2020 Emergency Order against them, effectively allowing religious high schools to reopen for in-person instruction and education. However, that Order expired on December 20, 2020, and it has been replaced with a new Emergency Order that allows all schools to open for in-person instruction as of 12:01 a.m. today.[1] As of this morning, Plaintiffs have received the relief they seek, and therefore, their motion seeking injunctive relief is moot. Accordingly, Plaintiffs' motion for preliminary injunction (ECF No. 6) is **DISMISSED** as moot.

    IT IS SO ORDERED.

Date:  December 21, 2020                                                              /s/ Paul L. Maloney
                                                                                                       Paul L. Maloney
                                                                                                       United States District Judge

---

[1] *See* Director Gordon's December 18 Gatherings and Face Mask Order, ¶ 5(a), available at https://www.michigan.gov/coronavirus/0,9753,7-406-98178_98455-547899--,00.html (last accessed December 21, 2020).