UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ASSOCIATION OF NON-PUBLIC SCHOOLS, ET AL.,

    Plaintiffs,

v

ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services,

    Defendant.

No. 1:20-cv-01174

HON. PAUL L. MALONEY

MAG. JUDGE GREEN

---

Thomas J. Rheaume Jr. (P74422)
Gordon J. Kangas (P80773)
Bodman, PLC
Attorneys for Plaintiffs
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-259-7777
trheaume@bodmanlaw.com
gkangas@bodmanlawcom

Neil Giovanatti (P82305)
Daniel J. Ping (P81482)
Kyla L. Barranco (P81082)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, MI 48909
517-335-7632
giovanattin@michigan.gov
pingd@michigan.gov
barrancok@michigan.gov

Ian A. Northon (P65082)
Rhoades McKee PC
Attorneys for Proposed Intervenor
55 Campau Ave., N.W., Ste. 300
Grand Rapids, MI 49503
616-235-355
ian@rhoadesmckee.com

        /

**STIPULATED ORDER EXTENDING DEADLINE TO RESPOND TO ZION CHRISTIAN SCHOOL'S MOTION TO INTERVENE AS PROPOSED PLAINTIFF**

WHEREAS Zion Christian Schools moved to intervene as a proposed plaintiff on December 11, 2020 (ECF No. 18);

WHEREAS the parties consent and stipulate to extend the deadline to respond to Zion Christian Schools' motion as set forth below.

IT IS HEREBY ORDERED that any responses to Zion Christian Schools' Motion to Intervene shall be filed on or before January 9, 2021.

Dated: December 28, 2020          /s/ Paul L. Maloney
                                  Hon. Paul L. Maloney
                                  United States District Judge

The parties hereby Stipulate and Agree:

/s/ Thomas J. Rheaume (with consent)
Thomas J. Rheaume Jr. (P74422)
Attorney for Plaintiffs

/s/ Neil Giovanatti
Neil Giovanatti (P82305)
Attorney for Defendant

/s/ Ian A. Northon (with consent)
Ian A. Northon (P65082)
Attorneys for Proposed Intervenor