UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ASSOCIATION OF NON-PUBLIC SCHOOLS, ET AL.,

    Plaintiffs,

v

ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services,

    Defendant.

No. 1:20-cv-01174

HON. PAUL L. MALONEY

MAG. JUDGE GREEN

---

| | |
|---|---|
| Thomas J. Rheaume Jr. (P74422)<br>Gordon J. Kangas (P80773)<br>Bodman, PLC<br>Attorneys for Plaintiffs<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, Michigan 48226<br>313-259-7777<br>trheaume@bodmanlaw.com<br>gkangas@bodmanlawcom | Neil Giovanatti (P82305)<br>Daniel J. Ping (P81482)<br>Kyla L. Barranco (P81082)<br>Assistant Attorneys General<br>Attorneys for Defendant<br>P.O. Box 30736<br>Lansing, MI 48909<br>517-335-7632<br>giovanattin@michigan.gov<br>pingd@michigan.gov<br>barrancok@michigan.gov |
| Ian A. Northon (P65082)<br>Rhoades McKee PC<br>Attorneys for Proposed Intervenor<br>55 Campau Ave., N.W., Ste. 300<br>Grand Rapids, MI 49503<br>616-235-355<br>ian@rhoadesmckee.com | |

_____/

**STIPULATED ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT**

1

WHEREAS Defendant's response to the Complaint is due on or before February 8, 2021 (ECF No. 13);

WHEREAS the parties consent and stipulate to extend Defendant's deadline to respond to the Complaint as set forth below.

IT IS HEREBY ORDERED that Defendant's response to Complaint shall be filed on or before March 1, 2021.

Dated:  February  3 , 2021         /s/ Paul L. Maloney
                                   Hon. Paul L. Maloney
                                   United States District Judge


The parties hereby Stipulate and Agree:

/s/ Thomas J. Rheaume (with consent)
Thomas J. Rheaume Jr. (P74422)
Attorney for Plaintiffs

/s/ Neil Giovanatti
Neil Giovanatti (P82305)
Attorney for Defendant

2