UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ASSOCIATION OF NON-
PUBLIC SCHOOLS, ET AL.,

    Plaintiffs,

v

ROBERT GORDON, in his official
capacity as Director of the Michigan
Department of Health and Human
Services,

    Defendant.

No. 1:20-cv-01174

HON. PAUL L. MALONEY

MAG. JUDGE GREEN

---

Thomas J. Rheaume Jr. (P74422)
Gordon J. Kangas (P80773)
Bodman, PLC
Attorneys for Plaintiffs
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-259-7777
trheaume@bodmanlaw.com
gkangas@bodmanlawcom

Neil Giovanatti (P82305)
Daniel J. Ping (P81482)
Kyla L. Barranco (P81082)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, MI 48909
517-335-7632
giovanattin@michigan.gov
pingd@michigan.gov
barrancok@michigan.gov

Ian A. Northon (P65082)
Rhoades McKee PC
Attorneys for Proposed Intervenor
55 Campau Ave., N.W., Ste. 300
Grand Rapids, MI 49503
616-235-355
ian@rhoadesmckee.com

                                                 /

**STIPULATED ORDER EXTENDING DEFENDANT'S DEADLINE TO
RESPOND TO THE COMPLAINT**

WHEREAS Defendant's response to the Complaint is due on or before March 31, 2021 (ECF No. 28);

WHEREAS the parties are currently determining if this matter can be resolved without further motion practice or pleadings;

WHEREAS the parties consent and stipulate to extend Defendant's deadline to respond to the Complaint as set forth below.

IT IS HEREBY ORDERED that Defendant's response to Complaint shall be filed on or before April 30, 2021.


Dated:  March ___, 2021              _____
                                     Hon. Paul L. Maloney
                                     United States District Judge



The parties hereby Stipulate and Agree:

/s/ Thomas J. Rheaume (with consent)
Thomas J. Rheaume Jr. (P74422)
Attorney for Plaintiffs

/s/ Neil Giovanatti
Neil Giovanatti (P82305)
Attorney for Defendant