UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ASSOCIATION OF NON-
PUBLIC SCHOOLS, et al.,

    Plaintiffs,

v.

ROBERT GORDON,

    Defendant.
_____/

Case No. 1:20-cv-1174

HONORABLE PAUL L. MALONEY

## ORDER DENYING REQUEST FOR EXTENSION OF DEADLINE

Pending before the Court is a stipulation between the parties to extend the time for defendant to respond to the complaint (ECF No. 31).  A review of the court records reflects this is the third stipulation entered into by the parties for an extension of the deadline.  Upon review and consideration of the stipulation, the Court determines the parties have not shown good cause to warrant a third extension of the present deadline.  Accordingly, the stipulation to extend the time for defendant to respond to complaint (ECF No. 31) is DENIED.

    **IT IS SO ORDERED**.

Dated:  March 30, 2021

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge